UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

TERESA A. CHENAULT                                                                               PETITIONER

v.                                                        MISCELLANEOUS ACTION NO. 1:12-MC-5-R

PATRICK R. DONAHOE                                                                          RESPONDENT

## MEMORANDUM OPINION

Petitioner filed a "Motion for appointment of an attorney and for payment of fees, costs or security." The Court entered an Order on June 7, 2012, explaining that a civil action is commenced by filing a complaint and explaining that the cost to do so is $350. The Court ordered Petitioner within 30 days to either pay the fee or file a completed application to proceed without prepayment of fees and file a completed complaint form. She was warned that failure to comply with the Order might result in dismissal of her action. Petitioner filed an application to proceed without prepayment of fees but did not file a complaint. On July 27, 2012, this Court ordered Petitioner to complete a Court-approved complaint form within 30 days. Again, Petitioner was warned that failure to comply might result in dismissal of her case.

More than 30 days have passed, and Petitioner has failed to submit the completed form. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* FED. R. CIV. P. 41(b) (governing involuntary dismissal).

Date:

cc:       Petitioner, *pro se*
4413.009